UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| Mark MacLean,<br><br>    Plaintiff,<br><br>v.<br><br>Compuware Corporation, a<br>foreign corporation,<br><br>    Defendant. | Court File No.: 00-1191 PAM/JGL<br>Case Type: Contract<br>Judge Paul A. Magnuson<br><br>**STIPULATION TO AMEND PRETRIAL SCHEDULE AND AMENDED PRETRIAL SCHEDULE** |

WHEREAS, the court entered a pretrial schedule dated September 19, 2000;

WHEREAS, that order established certain deadlines applicable to this case; i.e.,

| | |
|---|---|
| Discovery deadline: | 4/1/01 |
| Non-dispositive motion deadline: | 4/1/01 |
| Dispositive motion ends: | 6/1/01 |
| Trial date: | 7/1/01; |

WHEREAS, the parties have engaged in preliminary discovery, but have not yet completed their discovery, and will not, despite their due diligence, complete discovery by April 1, 2001;

WHEREAS, the parties agree that there is a reasonable probability that this case will settle short of trial should additional discovery be completed;

WHEREAS, the parties mutually agree to an extension of the current pretrial schedule as the most economical and effective course of action;

WHEREAS, this is the first request by any party to modify the scheduling order.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The court may, without further notice, if it deems appropriate, modify the existing pretrial schedule and establish the following applicable dates:

FILED APR 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

| | |
|---|---|
| Discovery deadline: | 7/1/01 |
| Non-dispositive motion deadline: | 7/1/01 |
| Dispositive motion ends: | 9/1/01 |
| Trial date: | 10/1/01; |

2. All motions which seek to amend the pleadings or add parties must be filed and the hearing thereon completed on or before July 1, 2001;

3. That the Defendant will provide full and complete answers to the discovery served upon them January 15, 2001 by May 1, 2001; and

4. That the depositions of Plaintiff, Robert Trojan and Rod Schmidt will be held in the City of Minneapolis unless otherwise agreed to by the parties.

Dated: 4/11/01  
GUNTHER LAW OFFICE, P.A.

By: _____  
Thomas H. Gunther (#219678)  
700 Lumber Exchange Building  
10 South Fifth Street  
Minneapolis, MN 55402  
Telephone: (612) 672-0871  
ATTORNEYS FOR PLAINTIFF

Dated: 4-5-01  
FOLEY & MANSFIELD, P.L.L.P.

By: _____  
Thomas A. Harder (#158987)  
200 Lafayette Building  
1108 Nicollet Mall  
Minneapolis, MN 55403  
Telephone: (612) 338-8788  
ATTORNEYS FOR DEFENDANT

## ORDER

The Court, being fully advised in the premises, and based upon the foregoing stipulation of the parties, hereby amends the September 19, 2000 pretrial schedule, and instead imposes the following deadlines:

| | |
|---|---|
| Discovery deadline: | 7/1/01 |
| Non-dispositive motion deadline: | 7/1/01 |
| Dispositive motion ends: | 9/1/01 |
| Trial date: | 10/1/01. |

All motions which seek to amend the pleadings or add parties must be filed and the hearing thereon completed on or before July 1, 2001;

2

That the Defendant will provide full and complete answers to the discovery served upon them January 15, 2001 by May 1, 2001; and

That the depositions of Plaintiff, Robert Trojan and Rod Schmidt will be held in the City of Minneapolis unless otherwise agreed to by the parties.

The other terms of the September 19, 2000 pretrial scheduling order remain in full force and effect.

BY THE COURT:

Dated: 4/20, 2001

_____
The Honorable Paul A. Magnuson
Judge of Federal Court

3